**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Katie J. Smalley and Travis Black, Defendants,

Of whom Katie J. Smalley is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-000745

---

Appeal From Richland County
Gwendlyne Y. Jones, Family Court Judge

---

Unpublished Opinion No. 2022-UP-446
Submitted November 14, 2022 – Filed December 7, 2022

---

**AFFIRMED**

---

John Clark Phillips, Jr., of Law Office of John C. Phillips, Jr., of Columbia, for Appellant.

Kathryn J. Walsh, of South Carolina Department of Social Services, of Spartanburg, for Respondent.

Tiffany J. Lumpkin, of Daniels, Anderson & Lumpkin P.A., of Mt. Pleasant, for the Guardian ad Litem.

---

**PER CURIAM:**  Katie J. Smalley appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Smalley's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., THOMAS, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.